**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-1838**

---

PATRICIA A. ROSS,

Plaintiff - Appellant,

versus

INCO ALLOYS INTERNATIONAL, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Robert J. Staker, District Judge. (CA-92-192-3)

---

Submitted: December 5, 1995          Decided: March 19, 1996

---

Before WIDENER and NIEMEYER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Patricia A. Ross, Appellant Pro Se. John Earl Jenkins, Jr., JENKINS, FENSTERMAKER, KRIEGER, KAYES & FARRELL, Huntington, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting Appellee partial summary judgment and dismissing her claims of employment discrimination on partial summary judgment and after a bench trial. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Ross v. Inco Alloys International, Inc.</u>, No. CA-92-192-3 (S.D.W. Va. Dec. 5, 1994; Apr. 4, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2